**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

KARRA LINDEMANN
and
JASON LINDEMANN,

                Plaintiff,

vs.                              CASE NO. 8:17-CV-01955-CEH-TBM

USI SOLUTIONS, INC.
and MARY WEIL
and JOHN DOE

                Defendants.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiffs, KARRA LINDEMANN AND JASON LINDEMANN, by and through their undersigned counsel, pursuant to Local Rule 3.08 and notifies the Court that the parties have reached a compromise settlement and that Plaintiff requests the Court order that the case be dismissed subject to the right of any party to move the Court within ninety (90) days thereafter for the purpose of entering a stipulated form of the final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Respectfully, submitted this 30th day of November 2017 by:

                                              /s/ Kimberly H. Wochholz
                                              [   ] James S. Giardina – Trial Counsel
                                              Fla. Bar No. 0942421
                                              [ X] Kimberly H. Wochholz
                                              Fla. Bar No. 0092159

The Consumer Rights Law Group, PLLC
3104 W. Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
James@ConsumerRightsLawGroup.com
Kim@ConsumerRightsLawGroup.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 30, 2017, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.  I also certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

**USI Solutions, Inc.**
408 Mill Street
Bristol, PA 19007

**Mary Weil**
408 Mill Street
Bristol, PA 19007

/s/ Kimberly H. Wochholz
Kimberly H. Wochholz
Fla. Bar No. 0092159
