UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KARRA LINDEMANN and JASON
LINDEMANN,

      Plaintiffs,

v.                                                          Case No: 8:17-cv-1955-T-36TBM

USI SOLUTIONS, INC., MARY WEIL and
JOHN DOE,

      Defendants.
_____/

## **O R D E R**

This mater is before the Court upon review of the file.  Pursuant to a notice of settlement, on November 30, 2017, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 13). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.       This action is dismissed, with prejudice.

2.       The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on March 5, 2018.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any